RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

MAY 27 2025

CHRISTOPHER A. PRINE
CLERK



# COURT OF APPEALS

### THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

DARLENE BYRNE, CHIEF JUSTICE
GISELA D. TRIANA, JUSTICE
CHARI L. KELLY, JUSTICE
ROSA LOPEZ THEOFANIS, JUSTICE
KARIN CRUMP, JUSTICE
MAGGIE ELLIS, JUSTICE

JEFFREY D. KYLE, CLERK

**FILED**

May 27, 2025

**Fifteenth Court of Appeals
Christopher A. Prine
Clerk of Court**

May 21, 2025

The Honorable Christopher A. Prine
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701
*DELIVERED VIA E-MAIL *

RE:    Court of Appeals Number:    15-25-00015-CV
       Trial Court Case Number:    D-1-GN-24-005976

Style: Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas
       v. Megan Lavoie, in her official capacity as administrative Director Texas Office of
       Court Administration

Dear Honorable Christopher A. Prine:

The Third Court of Appeals agrees to accept the transfer from the Fifteenth Court of
Appeals of the appeal styled Jamie Smith, in his official capacity as District Clerk of Jefferson
County, Texas v. Megan Lavoie, in her official capacity as administrative Director Texas Office
of Court Administration, No. 15-25-00015-CV. *See* Tex. R. App. P. 27a.

Very truly yours,

Jeffrey D. Kyle, Clerk

cc:    Kathleen M. Kennedy
       William H. Farrell
       Matt Dow
       Quentin D. Price



# COURT OF APPEALS

### THIRD DISTRICT

P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

FIRST-CLASS
AUTO LETTER



US POSTAGE ™PITNEY BOWES

ZIP 78702 $ 000.59³
02 7W
0008034838 MAY 22 2025

The Honorable Christopher A. Prine
Fifteenth Court of Appeals
300 W. 15th Street, Suite 607
Austin, Texas 78701

213    EIE-AAB 78701